UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK A. PRESLEY, | ) | Case No. 1:08 CV0804 |
| | ) | |
| Plaintiff, | ) | Judge Peter C. Economus |
| | ) | |
| vs. | ) | REPORT and RECOMMENDATION |
| | ) | OF MAGISTRATE JUDGE |
| FREDERICK J. HANNA & | ) | |
| ASSOCIATES, et al., | ) | |
| | ) | Magistrate Judge James S. Gallas |
| Defendants. | ) | |

This matter was referred to the undersigned for general pretrial supervision, including all motions. (Docket No.3). At the March 12, 2010 telephone status conference, counsel advised that the above entitled cause of action has been settled and agreed to have the court file an entry of dismissal of the case with prejudice, each party to pay their own costs, and the court retains jurisdiction to enforce settlement if necessary.

It is recommended that the Court place the attached order on the docket.


Dated: March 16, 2010                           s/ James S. Gallas
                                                James S. Gallas
                                                United States Magistrate Judge