UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK A. PRESLEY, | ) | Case No. 1:08 CV0804 |
| | ) | |
| Plaintiff, | ) | Judge Peter C. Economus |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FREDERICK J. HANNA & ASSOCIATES, et al., | ) ) | |
| | ) | Magistrate Judge James S. Gallas |
| Defendants. | ) | |

Upon representation of counsel that the above entitled cause of action has been settled between the parties,

IT IS ORDERED that the docket be marked "settled and dismissed with prejudice, each party to pay their own costs.

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order.

Further, although the Court is dismissing the matter, the Court retains jurisdiction over enforcement of the terms of settlement and incorporates the settlement's terms in its order to enable enforcement of a breach of the settlement agreement. See *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994); *Futernick v. Sumpter Twp.*, 207 F.3d 305, 310 (6th Cir. 2000); *RE/MAX Inter., Inc. v. Realty One, Inc.*, 271 F.3d 633, 641-42 (6th Cir. 2001), *cert. denied*, 535 U.S. 987 (2002).

2

IT IS SO ORDERED.

Dated: March 16, 2010

s/Peter C. Economus - 3/17/10

Peter C. Economus
United States District Judge